Submitted October 19, affirmed December 9, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANGEL CRISTIAN ORTIZ-REYES,
*Defendant-Appellant.*

Washington County Circuit Court
C022596CR; A169489

477 P3d 469

Theodore E. Sims, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Rond Chananudech, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Berrellez*, 266 Or App 381, 337 P3d 964 (2014), *rev den*, 356 Or 689 (2015) (delay in trial was reasonable under the totality of the circumstances and was not prejudicial to the defendant); *State v. Gensler*, 266 Or App 1, 337 P3d 890 (2014), *rev den*, 356 Or 690 (2015) (evidence in record sufficient to support imposition of attorney fees).